UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURDASBIR SINGH (A246-765-699), | No.  1:26-cv-04556-DC-SCR |
| Petitioner, | |
| v. | ORDER |
| MARKWAYNE MULLIN, et al., | |
| Respondents. | |

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Petitioner is challenging the immigration judge's bond denial following this Court's grant of habeas relief in Singh v. Mullin, et al., No. 1:26-cv-03451-JLT-EGC (E.D. Cal. May 19, 2026) (hereinafter "Singh I").  Since petitioner's only claim for relief is based on an asserted failure to comply with this Court's prior order, the Clerk of Court is directed to file the 2241 petition in this case as a post-judgment motion to enforce the order granting habeas relief in Singh I.  The Clerk shall administratively close this case as opened in error.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to file the 2241 petition in this case as a post-judgment motion to enforce the order granting habeas relief in Singh v. Mullin, et al., No. 1:26-cv-03451-JLT-EGC (E.D. Cal.).

2. The parties are directed to file all future pleadings in Singh v. Mullin, et al., No. 1:26-cv-03451-JLT-EGC (E.D. Cal.).

3. The Clerk shall administratively close this case as opened in error.

4. No further filings shall be accepted in this closed case.

DATED: June 16, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE